UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN CURRENT,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

Civil No. 02-112 (JRT/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that he has been wrongly denied credit toward his sentence for certain time that he has spent in custody, and that Respondent is therefore intending to keep him in prison beyond his proper release date.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and the proper length of his sentence, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on Petitioner's claims, and his recommendation on whether an evidentiary hearing should be conducted in this matter;

3. Certified copies of such of the following as may be relevant to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any

FILED ... 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 20-day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this Court.

Finally, the Court notes that Petitioner has filed an application to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). The Court is satisfied that Petitioner is eligible for IFP status, and that he should be excused from paying any filing fee for this action. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is therefore GRANTED.

Dated: January 18, 2002

FRANKLIN L. NOEL
Chief Magistrate Judge