**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STEVEN MICHAEL CURRENT,

Petitioner,

v.

ROBERT MUNDT,

Respondent.

Civil No. 02-112 (JRT/FLN)

**ORDER**

---

Steven M. Current, #09325-041, Federal Correctional Institution, P.O. Box 1500, Waseca, MN, 56093-0741, *pro se.*

Anthony W. Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN, 55415, for respondent.

This matter is before the Court on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court has reviewed the pleadings and finds pursuant to 18 U.S.C. § 3006A(a)(2)(B) that the interests of justice require counsel be appointed to represent petitioner. The Court further finds that a memorandum in support of Current's petition and a memorandum from the government in opposition to Current's petition is necessary.

FILED JAN 2 5 2002
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

**ORDER**

Based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Federal Public Defender **APPOINT** counsel to represent petitioner Steven Michael Current in these proceedings.

2. The Clerk of Court is **DIRECTED** to provide the Federal Public Defender with a copy of this Order, together with a copy of Current's § 2241 petition [Docket No. 1]

3. Current's memorandum in support of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is due on **January 25, 2002**.

4. Government's opposition to Current's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is due on **February 1, 2002**.

DATED: Jan. 25, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge