# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Michael Current

v.

Rob Mundt, Warden

Case No. Civil 02-112JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's habeas corpus petition is **GRANTED**.

DATE: February 15, 2002

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk